# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| RANDALL DEQUAN MCDANIEL, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:12-cv-00343-MR |
| | ) | [1:06-cr-00268-MR-2] |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2013 Memorandum of Decision and Order.

September 13, 2013

Frank G. Johns, Clerk
United States District Court